David S. Stone
STONE & MAGNANINI LLP
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922
Tel: (973) 218-1111
Fax: (973) 218-1106
dstone@stonemagnalaw.com
*Attorneys for Plaintiffs Genever Holdings, LLC*
*and Miles Kwok*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENEVER HOLDINGS, LLC and MILES KWOK,<br><br>              Plaintiffs,<br><br>       v.<br><br>THE SHERRY-NETHERLAND, INC., MICHAEL J. ULLMAN, ROBERT WIENER, GUSTAV RESTORATION LLC, XYZ CORPORATIONS 1-10, and JOHN and JANE DOES 1-10,<br><br>              Defendants. | Civil Action No.<br><br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Genever Holdings, LLC certifies that Plaintiff Genever Holdings, LLC is a nongovernmental corporate party that has one parent company, Genever Holding Corporation, which is privately held, and no publicly held corporation owns ten percent (10%) or more of the stock in the parent company.

Dated: August 5, 2016                    By: _____
                                                      David S. Stone